## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Marine Electric Systems, Inc. | )  ASBCA No. 58630 |
| | ) |
| Under Contract No. N00174-06-C-0015 | ) |

APPEARANCE FOR THE APPELLANT:  Ms. Caroline Coniglio
Controller

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Alexander M. Healy, Esq.
Trial Attorney
Defense Contract Management Agency
Contract Disputes Resolution Center
Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within three years of the date of this Order.

Dated: 4 December 2014

_____
MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58630, Appeal of Marine Electric Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals